
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED

JUN 25 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS,

Plaintiffs,

v.

SINGLEY CONSTRUCTION, INC,

Defendant.

CASE NO. 08 C 50117

Kapala

## COMPLAINT

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, by and through their attorneys, MARC M. PEKAY, P.C. and hereby complain against the Defendant, SINGLEY CONSTRUCTION, INC., an Illinois Corporation, as follows:

1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. Section 1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. Section 185(a), and 28 U.S.C. Section 1331.

2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. Section 1132 (e)(2), and 28 U.S.C. Section 1391 (a) and (b).

3.  (a)  The Plaintiffs are THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; (hereinafter called the "Rockford Funds") and having standing to sue pursuant to 29 U.S.C. Section 1132(d)(1) and 29 U.S.C. Section 185(a).

(b)  The Rockford Funds have been established pursuant to Collective Bargaining Agreements previously entered into between various Unions and certain employer associations whose employees are covered by the Collective Bargaining Agreements with the Unions. The Rockford Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws.

4.  SINGLEY CONSTRUCTION INC. (hereinafter "Singley" or "Defendant") is an Illinois Corporation engaged in the construction industry and doing business within this geographic area and is an industry affecting interstate commerce.

5.  On or about May 20, 1996, the Defendant and the Heartland Regional Council, Local Union #792 and then again on December 21, 1999, Illinois Valley Contractors Association and the Defendant entered into a Collective Bargaining Agreement. *See Exhibit A.*

6.  Under the terms of the Collective Bargaining Agreements and Trust Agreements to which the Defendant is bound, the Defendant is required to make periodic contributions to the Rockford Funds on behalf of certain employees.

7. Since on or about May 20, 1996 and again on December 21, 1999, Singley has acknowledged and ratified the Collective Bargaining Agreement entered into with the Heartland Regional Council Local Union #792 and the Illinois Valley Contractors Association by making some but not all of the periodic payments to the Rockford Fund as required by the Collective Bargaining Agreement.

8. Under the terms of the Collective Bargaining Agreements and Trust Agreements to which Defendant is bound, contributions to the Funds were due on the fifteenth (15th) day of the month.

9. Pursuant to the Collective Bargaining Agreement to which Defendant is bound, an employer who failed to make the contributions by the twenty-fifth (25th) day of the month after the work was performed was required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect this money.

10. The Defendant has failed to make timely payments of its contributions from January 1, 2006 to the present as required to be paid by it to the Rockford Fund pursuant to the terms of the Collective Bargaining Agreements by which the Defendant is bound, all in violation of Defendant's contractual obligations and the obligations under State and Federal Statutes. The current amount Defendant owes in liquidated damages is $1,179.02. (see Exhibit B).

11. The Collective Bargaining Agreements and Trust Agreements to which the Defendant is bound require Singley to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

12. An audit was performed on Defendant's books and records for the period January 1, 2006 through December 31, 2007 and shows that Defendant failed to pay $11,676.99 in Contributions (see Exhibit C). The auditor charged the Fund $650.00 and the delinquent Defendant, pursuant to the Collective Bargaining Agreement and Trust Agreement, is obligated to pay the cost of the audit.

13. The Defendant's actions in failing to pay contributions violate Sections 515 of ERISA, 29 U.S.C. Section 1145, and Section 301 of the LMRA. 29 U.S.C. Section 185.

14. Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. Section 1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. Section 185, and the terms of the Collective Bargaining Agreement, Singley Construction Inc. is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs respectfully request this Court enter a judgment against Defendant, SINGLEY CONSTRUCTION INC.,

(a) Enter judgment be entered against the Defendant and in favor of the Plaintiffs in the amount of $13,506.01 plus legal fees incurred to collect this money.

(b) To enjoin Defendant from violating the terms of the Agreement including, but not limited to ordering Defendant to remain current in its payments of contributions; and

(c) To award Plaintiffs any further legal and equitable relief as the Court deems appropriate.

Respectfully submitted,

CONSTRUCTION INDUSTRY
WELFARE AND RETIREMENT FUND
OF ROCKFORD, ILLINOIS;
s/ Marc M. Pekay,
Attorney for Plaintiffs

Marc M. Pekay, P.C.
30 North LaSalle St., Ste. 2426
Chicago, IL 60602
(312) 606-0980

06/23/2008 15:57 FAX 815 397 4862 CONST. IND. FUNDS 003
Sent by: Heartland Regional Coucil of Ca; 815 828 2177; Nov-1-01 3:18PM; Page 2/2

SENT BY: HEARTLAND REGIONAL COUNCIL; 815 826 2100; NOV-1-01 2:07PM; PAGE 1/1
TO: KATHY HOME LINE AT: 2881886

# Memorandum Of Agreement

THIS AGREEMENT IS ENTERED INTO BETWEEN HEARTLAND REGIONAL COUNCIL OF CARPENTERS: hereinafter referred to as the "Union" and the ABOVE NAMED COMPANY, hereinafter referred to as the "Employer," covering the geographical area of *Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, La Salle, Lee, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago counties of Illinois; the entire state of Iowa, the entire state of Nebraska, Clark and the eastern one-half of Scotland counties of Missouri, and Union County, South Dakota,* The Employer and the Union do hereby agree as follows:

| *Please type or print the following information, using the legal entity for the company name:* |
|---|
| Company: SINGLEY CONSTRUCTION, INC. |
| ~~2792 S. LINCOLN AVE.~~ |
| ~~P.O. BOX 323~~ |
| |
| |
| Address: 2792 S. LINCOLN AVE. |
| P.O. BOX 323 |
| City: Polo |
| State: IL. |
| Zip: 61064 |
| Phone (815) 946-4136 |
| Fax (815) 946-4136. |
| |

1. The Employer agrees and is satisfied that the UNION is supported by a majority of the employees of the Employer presently working within the territorial and occupational jurisdiction of the Union.

2. The Employer recognizes the Union as the sole and exclusive bargaining agent for and on behalf of the employees of the Employer coming within the territorial and occupational jurisdiction of the Union.

3. The Employer agrees to be bound by the terms of the Trust Agreements of fringe benefit funds to which contributions are required to be made under the Agreements referred to in this Memorandum of Agreement hereof, and includes all rules and regulations adopted by the Trustees thereof, and agrees to make prompt payments of the per hour contributions with respect to each such Trust Fund.

4. The Employer and the Union do hereby incorporate by reference and agree to be bound through their respective expiration dates by each of the Area Agreements in effect on the date of execution of this Agreement, negotiated between subordinate bodies of the United Brotherhood of Carpenters & Joiners of America and certain Employer Associations in counties of Illinois, Iowa, Missouri, Nebraska, and South Dakota which, on the effective date of this Agreement, make up the geographic jurisdiction of the Heartland Regional Council of Carpenters.

5. Further, the Employer and the Union hereby agree to be bound by Area Agreements negotiated between the Heartland Regional Council of Carpenters and various Employer Associations for the period beginning with the expiration dates of the several Agreements referred to above and ending on the expiration dates of any successor Agreements thereto from time to time thereafter unless the Employer gives written notice to the Union of a desire to amend or terminate any of such Agreements at least three (3) calendar months prior to the expiration of such Agreement or Agreements.

IN WITNESS WHEREOF, the parties have executed this Agreement on May 20, 1998.

For The Above Named Employer:

Signature: [signature]

Please Print or Type Name and Title Above

Signature Jeffrey S. Singley
Executive V.

Please Print or Type Name and Title Above

HEARTLAND REGIONAL COUNCIL,
LOCAL UNION # 792

Signature: [signature]
BUSINESS REPRESENTATIVE Organizer

Please Print or Type Name and Title Above
Jerry Thomas

Local Union Telephone Numbers:
Phone: (815) 963-7478
Fax: ( )

REQUIRED INFORMATION - PLEASE COMPLETE

Note-Please attach worker comp and bonding certificates, as well to Union within 10 days

| | |
|---|---|
| Workers Comp Insurance Agency/local: Broadmoor Ins. | Phone (815) 965-6700 |
| Bonding Agency/local: First National Surety | Phone (815) 963-0206 |
| Federal Identification Number: 36-4077704 | |
| Iowa Contractor Registration Number: | |

\\heartland\agreements\memagr98.doc

OPEIU 428 afl-cio

EXHIBIT A

44^03 / 15^00 / 60^70

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be signed and approved by the Officers and Members of both parties to this Agreement as of this 1st day of June, 1997.

Ed Tegland, President
BAC #6 (Cement Masons Old Local #11)
(Effective June 1, 1998, Cement Masons Old Local #23)

Steve Conrad, Business Representative
Cement Masons & O. P. #11

Mark Hitzner, Business Representative
Cement Masons & O. P. #18

ILLINOIS VALLEY CONTRACTORS ASSOCIATION, INC.

Dennis V. Dougherty
Executive Director

Gary Schweickert
President

WE THE UNDERSIGNED CONTRACTOR NOT HAVING ASSIGNED OUR BARGAINING RIGHTS TO THE ILLINOIS VALLEY CONTRACTORS ASSOCIATION, DO HEREBY AGREE TO ABIDE BY THE AGREEMENT NEGOTIATED BY AND BETWEEN THE ILLINOIS VALLEY CONTRACTORS ASSOCIATION AND THE AFOREMENTIONED LOCAL UNIONS.

COMPANY NAME: SINGLEY CONSTRUCTION, INC.

ADDRESS: 2792 S LINCOLN AVE. P.O. BOX 323

CITY-STATE-ZIP CODE: Polo IL 61064-0323

AREA CODE & TELEPHONE NUMBER: 815-946-4136

SIGNED BY & TITLE: Carla N. Singley, Pres

DATE: 12-21-99

CONSTRUCTION INDUSTRY FUND OF ROCKFORD
6838 EAST STATE STREET SUITE 201
ROCKFORD, IL 61108

815-399-0800

SINGLEY CONSTRUCTION INC
PO BOX 323
POLO, IL 61064

Page 1 of 1

4/29/2008

4403

Your payroll submission(s) for the following were delinquent. You have been assessed a delinquent penalty as follows:

| ACCT | FUND | PAY PERIOD | PSTMRK DT | FUND AMT | % | PENALTY AMT | PD AMT | PD DT | WAIVE |
|---|---|---|---|---|---|---|---|---|---|
| CIRCRP | CIAN | 05/31/2006 | 06/29/2006 | $4,277.40 | 10.00 | $427.74 | | | |
| CIRPCT | RETIREME | 05/31/2006 | 06/29/2006 | $2,389.10 | 10.00 | $238.91 | | | |
| CIRCRP | CIDB | 05/31/2006 | 06/29/2006 | $200.00 | 10.00 | $20.00 | | | |
| CIRCRP | CIWFR | 05/31/2006 | 06/29/2006 | $3,095.20 | 10.00 | $309.52 | | | |
| CIRPCT | WELFARE | 05/31/2006 | 06/29/2006 | $1,828.50 | 10.00 | $182.85 | | | |
| | | | **Totals** | | | **$1,179.02** | **$0.00** | | |
| | | | **Total Due upon Receipt** | | | **$1,179.02** | | | |

Please remit penalty due under separate cover from any hours submissions. Please attach a copy of this letter with your remittance.
Thank you

EXHIBIT B

Date File Received ____________ Date Audit Performed ____________

Auditor's Name Allan Dlhy Date Audit Submitted May 6, 2008

**RICHARD J. WOLF AND COMPANY, INC.**
**Audit Fact Sheet and Contract Compliance**
**Audit Work Program**

A. EMPLOYER NAME: Singley Construction Inc.
ADDRESS: PO Box 323
CITY / STATE Polo, IL
ZIP CODE 61064
PHONE # / Fax # 815-946-4136 815-946-4137 Fax
TAXPAYER I.D. # 36-4077704

B. Contacts Name Dawn Singley Title CFO
Person Fund is to Contact Same Title ____________

C. Organization Type
___ Sole Proprietor
___ Partnership
_X_ Corporation

D. Ownership Principals Name

| | Name | % | Title |
|---|---|---|---|
| 1 | Carla Singley | 50 % | President |
| 2 | Dawn Singley | 50 % | CFO |
| 3 | | % | |
| 4 | | % | |

E. Gross Annual Dollar Volume $ $1,384,000.00

F. Does Employer have interests in other related operations? ___ Yes _X_ No
If yes, describe ____________

G. Is employer a member of any Trade Organization/Association? ___ Yes _X_ No
If yes, list names of same ACI, Associated General Contractors Assocs, Nipca

H. Briefly describe employer's office and/or yard space? Office is in the upstairs of a barn.

Estimated Value of Same ____________

I. Audit Site (if different from employer's address) ____________

J. Audit Period 1/1/06 to 12/31/07
(if different from Letter of Introduction, explain why?) ____________

K. The general condition of the accounting records were: Good They use One Right Plus Accounting Software

L. Accounting records reviewed (please list) W-2's, UC-3's, Weekly Payroll, Union Reports, Cash Disbursements

EXHIBIT C

RICHARD J. WOLF AND COMPANY, INC.
Audit Fact Sheet and Contract Compliance
Audit Work Program

M. All required accounting records were available with the exception of

N. Were any extraordinary auditing expenses incurred while performing this audit?
Yes ____ No X If yes Please Explain

O. State findings and briefly describe the nature of the delinquency, if any

| Fund | Amount | Reason |
| --- | --- | --- |
| Construction Industry Fund | 812.5 Hours | Additional Hours |

P. Additional Comments Singley Construction does commercial concrete foundation and flatwork. They had 76 employees in 2006 and 62 in 2007. Besides carpenters and finishers, they also had laborers. The company was not reporting 173 hours on the husbands of the owners and the vast majority of the findings is because of this. They had 2 other small mistakes. Other than this, their reporting was pretty good. I explained to them they need to start reporting 173 hours per month on both Michael and Jeffrey Singley.

Q. Bank Accounts Fifth Third Bank Account # 7514338065

R. Type of Company (general, sub, pipeline, etc.) Sub Contractor

S. Current "Certified Payroll Projects" as follows:

| Job Name | Location | Audit Status | Contract # |
| --- | --- | --- | --- |
| | | | |

**RICHARD J. WOLF AND COMPANY, INC.**
Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

May 6, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: Singley Construction Inc. (4403)

We have performed a fringe benefit contribution compliance audit of Singley Construction Inc., for the period from January 1, 2006 through December 31, 2007. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursements records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $ 4,468.58 |
| RETIREMENT | 4,490.90 |
| FX | 1,807.00 |
| ADVANCEMENT | 97.50 |
| APPRENTICE | 79.93 |
| INT'L ASSMNT | 85.49 |
| DUES | 198.50 |
| Sub Total | $11,227.90 |
| 10% Liq. Damages | $ 449.09 |
| TOTAL | $11,676.99 |

RICHARD J. WOLF AND COMPANY, INC.

CONSTRUCTION INDUSTRY FUNDS - GROUP #600 - CEMENT FINISHERS #587

SINGLEY CONSTRUCTION, INC. #4403

**YEAR: 2006**

*ADDITIONAL HOURS 1/06 - 12/06 GROUP #600*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SINGLEY, JEFFREY 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 | # | Hours | - | - | - | - | - | - | 77.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 142.00 |
| SINGLEY, MICHAEL 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 | # | Hours | 64.00 | 56.00 | 16.00 | 32.00 | 32.00 | - | 77.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 342.00 |
| SMITH, JERRY 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 | # | Hours | - | - | - | - | - | - | - | - | 8.00 | - | - | - | 8.00 |
| TOTAL HOURS | | | 64.00 | 56.00 | 16.00 | 32.00 | 32.00 | - | 154.00 | 26.00 | 34.00 | 26.00 | 26.00 | 26.00 | 492.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 329.60 | $ 288.40 | $ 82.40 | $ 164.80 | $ 164.80 | $ - | $ 847.00 | $ 143.00 | $ 187.00 | $ 143.00 | $ 143.00 | $ 143.00 | $ 2,636.00 |
| RETIREMENT | $ 325.12 | $ 284.48 | $ 81.28 | $ 162.56 | $ 162.56 | $ - | $ 851.62 | $ 143.78 | $ 188.02 | $ 143.78 | $ 143.78 | $ 143.78 | $ 2,630.76 |
| FX | $ 128.00 | $ 112.00 | $ 32.00 | $ 64.00 | $ 64.00 | $ - | $ 308.00 | $ 52.00 | $ 68.00 | $ 52.00 | $ 52.00 | $ 52.00 | $ 984.00 |
| ADVANCEMENT | $ 7.68 | $ 6.72 | $ 1.92 | $ 3.84 | $ 3.84 | $ - | $ 18.48 | $ 3.12 | $ 4.08 | $ 3.12 | $ 3.12 | $ 3.12 | $ 59.04 |
| APPRENTICE | $ 3.20 | $ 2.80 | $ 0.80 | $ 1.60 | $ 1.60 | $ - | $ 15.40 | $ 2.60 | $ 3.40 | $ 2.60 | $ 2.60 | $ 2.60 | $ 39.20 |
| INT'L ASSMNT. | $ 26.24 | $ 22.96 | $ 6.56 | $ 13.12 | $ 13.12 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 82.00 |
| DUES | $ 60.80 | $ 53.20 | $ 15.20 | $ 30.40 | $ 30.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 190.00 |
| TOTAL | $ 880.64 | $ 770.56 | $ 220.16 | $ 440.32 | $ 440.32 | $ - | $ 2,040.50 | $ 344.50 | $ 450.50 | $ 344.50 | $ 344.50 | $ 344.50 | $ 6,621.00 |

| Rates: | 6/1/05 | to | 5/31/06 |
|---|---|---|---|
| WELFARE | 5.15 | APPRENTICE | 0.05 |
| RETIREMENT | 5.08 | INT'L. ASSMNT. | 0.41 |
| FX | 2.00 | DUES | 0.95 |
| ADVANCEMENT | 0.12 | | |

| Rates: | 6/1/06 | to | 5/31/07 |
|---|---|---|---|
| WELFARE | 5.50 | APPRENTICE | 0.10 |
| RETIREMENT | 5.53 | INT'L. ASSMNT. | |
| FX | 2.00 | DUES | |
| ADVANCEMENT | 0.12 | | |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #600 - CEMENT FINISHERS #587**

**SINGLEY CONSTRUCTION, INC. #4403**

***YEAR: 2007***

***ADDITIONAL HOURS 1/07 - 12/07 GROUP #600***

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SINGLEY, JEFFREY 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 | # | Hours | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 156.00 |
| SINGLEY, MICHAEL 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 | # | Hours | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 13.00 | 156.00 |
| TOTAL HOURS | | | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 312.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 143.00 | $ 143.00 | $ 143.00 | $ 143.00 | $ 143.00 | $ 153.40 | $ 153.40 | $ 153.40 | $ 153.40 | $ 153.40 | $ 153.40 | $ 153.40 | $ 1,788.80 |
| RETIREMENT | $ 143.78 | $ 143.78 | $ 143.78 | $ 143.78 | $ 143.78 | $ 156.78 | $ 156.78 | $ 156.78 | $ 156.78 | $ 156.78 | $ 156.78 | $ 156.78 | $ 1,816.36 |
| FX | $ 52.00 | $ 52.00 | $ 52.00 | $ 52.00 | $ 52.00 | $ 78.00 | $ 78.00 | $ 78.00 | $ 78.00 | $ 78.00 | $ 78.00 | $ 78.00 | $ 806.00 |
| ADVANCEMENT | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 3.12 | $ 37.44 |
| APPRENTICE | $ 2.60 | $ 2.60 | $ 2.60 | $ 2.60 | $ 2.60 | $ 3.90 | $ 3.90 | $ 3.90 | $ 3.90 | $ 3.90 | $ 3.90 | $ 3.90 | $ 40.30 |
| INT'L ASSMNT. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL | $ 344.50 | $ 344.50 | $ 344.50 | $ 344.50 | $ 344.50 | $ 395.20 | $ 395.20 | $ 395.20 | $ 395.20 | $ 395.20 | $ 395.20 | $ 395.20 | $ 4,488.90 |

| Rates: | 6/1/06 | to | 5/31/07 |
|---|---|---|---|
| WELFARE | 5.50 | APPRENTICE | 0.10 |
| RETIREMENT | 5.53 | INT'L ASSMNT. | |
| FX | 2.00 | DUES | |
| ADVANCEMENT | 0.12 | | |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.15 |
| RETIREMENT | 6.03 | INT'L ASSMNT. | |
| FX | 3.00 | DUES | |
| ADVANCEMENT | 0.12 | | |

CONSTRUCTION INDUSTRY FUNDS - GROUP #600 - CEMENT FINISHERS #587

SINGLEY CONSTRUCTION, INC. #4403

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL - GROUP #600

| | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| **WELFARE** | $ 4,424.80 | $ - | $ 4,424.80 |
| **RETIREMENT** | $ 4,447.12 | $ - | $ 4,447.12 |
| **FX** | $ 1,790.00 | $ - | $ 1,790.00 |
| **ADVANCEMENT** | $ 96.48 | $ - | $ 96.48 |
| **APPRENTICE** | $ 79.50 | $ - | $ 79.50 |
| **INT'L ASSMNT.** | $ 82.00 | $ - | $ 82.00 |
| **DUES** | $ 190.00 | $ - | $ 190.00 |
| **TOTAL** | $ 11,109.90 | $ - | $ 11,109.90 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #600 - CEMENT FINISHERS #587

SINGLEY CONSTRUCTION, INC. #4403

RICHARD J. WOLF AND COMPANY, INC.

** TOTAL **

| | | |
|---|---|---|
| **WELFARE** | $ | 4,424.80 |
| **RETIREMENT** | $ | 4,447.12 |
| **FX** | $ | 1,790.00 |
| **ADVANCEMENT** | $ | 96.48 |
| **APPRENTICE** | $ | 79.50 |
| **INT'L ASSMNT.** | $ | 82.00 |
| **DUES** | $ | 190.00 |
| **TOTAL** | $ | 11,109.90 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #500 - CEMENT FINISHERS #382

SINGLEY CONSTRUCTION, INC. #4403

**YEAR: 2006**

*ADDITIONAL HOURS 1/06 - 12/06 GROUP #500*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FISHER, RALPH 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 | # | Hours | - | - | - | - | 8.50 | - | - | - | - | - | - | - | 8.50 |
| TOTAL HOURS | | | - | - | - | - | 8.50 | - | - | - | - | - | - | - | 8.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ 43.78 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 43.78 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ 43.78 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 43.78 |
| FX | $ - | $ - | $ - | $ - | $ 17.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ 1.02 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.02 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ 0.43 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.43 |
| INT'L ASSMNT. | $ - | $ - | $ - | $ - | $ 3.49 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3.49 |
| DUES | $ - | $ - | $ - | $ - | $ 8.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 8.50 |
| TOTAL | $ - | $ - | $ - | $ - | $ 118.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 118.00 |

| Rates: | 8/1/05 | to | 5/31/06 |
|---|---|---|---|
| WELFARE | 5.15 | APPRENTICE | 0.05 |
| RETIREMENT | 5.15 | INT'L. ASSMNT. | 0.41 |
| FX | 2.00 | DUES | 1.00 |
| ADVANCEMENT | 0.12 | | |

CONSTRUCTION INDUSTRY FUNDS - GROUP #500 - CEMENT FINISHERS #382

SINGLEY CONSTRUCTION, INC. #4403

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL - GROUP #500

| | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ 43.78 | $ - | $ 43.78 |
| RETIREMENT | $ 43.78 | $ - | $ 43.78 |
| FX | $ 17.00 | $ - | $ 17.00 |
| ADVANCEMENT | $ 1.02 | $ - | $ 1.02 |
| APPRENTICE | $ 0.43 | $ - | $ 0.43 |
| INT'L ASSMNT. | $ 3.49 | $ - | $ 3.49 |
| DUES | $ 8.50 | $ - | $ 8.50 |
| TOTAL | $ 118.00 | $ - | $ 118.00 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #500 - CEMENT FINISHERS #382

SINGLEY CONSTRUCTION, INC. #4403

RICHARD J. WOLF AND COMPANY, INC.

** TOTAL **

| | | |
|---|---|---|
| **WELFARE** | $ | 43.78 |
| **RETIREMENT** | $ | 43.78 |
| **FX** | $ | 17.00 |
| **ADVANCEMENT** | $ | 1.02 |
| **APPRENTICE** | $ | 0.43 |
| **INT'L ASSMNT.** | $ | 3.49 |
| **DUES** | $ | 8.50 |
| **TOTAL** | $ | 118.00 |

# CONSTRUCTION INDUSTRY FUNDS - GRAND TOTALS

SINGLEY CONSTRUCTION, INC. #4403

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

| | GROUP #500 | GROUP #600 | TOTAL |
|---|---|---|---|
| WELFARE | $ 43.78 | $ 4,424.80 | $ 4,468.58 |
| RETIREMENT | $ 43.78 | $ 4,447.12 | $ 4,490.90 |
| FX | $ 17.00 | $ 1,790.00 | $ 1,807.00 |
| ADVANCEMENT | $ 1.02 | $ 96.48 | $ 97.50 |
| APPRENTICE | $ 0.43 | $ 79.50 | $ 79.93 |
| INT'L ASSMNT. | $ 3.49 | $ 82.00 | $ 85.49 |
| DUES | $ 8.50 | $ 190.00 | $ 198.50 |
| TOTAL | $ 118.00 | $ 11,109.90 | $ 11,227.90 |

# CONSTRUCTION INDUSTRY FUNDS - GRAND TOTALS

SINGLEY CONSTRUCTION, INC. #4403

RICHARD J. WOLF AND COMPANY, INC.

## ** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 4,468.58 |
| RETIREMENT | $ | 4,490.90 |
| FX | $ | 1,807.00 |
| ADVANCEMENT | $ | 97.50 |
| APPRENTICE | $ | 79.93 |
| INT'L ASSMNT. | $ | 85.49 |
| DUES | $ | 198.50 |
| TOTAL | $ | 11,227.90 |