# United States District Court for the Northern District of Illinois

Case Number: 08-50117　　　　　　　　　Assigned/IssuedBy: _pb_

---

## FEE INFORMATION

**Amount Due:**　☐ $350.00　☐ $39.00　☐ $5.00

　　　　　　　　☐ IFP　　☒ No Fee　　☐ Other _____

**FILED**
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　Receipt #: _____

Date Paid: _____　　　　Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**

☒ Summons　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
　　　(Type of Writ)

1 Original and __0__ copies on __6/25/08__ as to __Defendant__
　　　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\feeinfo.frm　01/01