AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUL 0 2 2008
OGLE CO. SHERIFF'S DEPT.
OREGON, IL

## SUMMONS IN A CIVIL CASE

The Construction Industry Welfare Fund of Rockford, Illinois.; The Construction Industry Retirement Fund of Rockford, Illinois

V.

Singley Construction, Inc.

CASE NUMBER: 08 C 50 1 17

ASSIGNED JUDGE: JUDGE KAPALA

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Singley Construction, Inc.
2792 S. Lincoln Avenue
Polo, IL 61064

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

6/25/08
DATE

Sheriff's Office, County of Ogle
AFFIDAVIT OF SERVICE

CASE #     08C50117          CASE SEQUENCE     86348
FILED DATE  6/25/08          RECEIVED DATE     7/02/08          DIE DATE     7/18/08

DEFENDANT/WITNESS     SINGLEY CONSTRUCTION INC
PRIMARY ADDRESS:                                    ALTERNATE/EMPLOYER ADDRESS:
    2792 S LINCOLN AVE                                  SERV REGISTERED AGENT/OWNER
    POLO, IL 61064

                    946-4136

                                                    MARC M PEKAY
PLAINTIFF  CONSTRUCTION INDUSTRY WELFARE FND   CHICAGO, IL 60602
********************************************************************************
PAPERS SERVED: SUMMONS & COMPLAINT

(A)  I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

_____  1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE ABOVE PAPERS
         WITH THE NAMED DEFENDANT PERSONALLY.

_____  2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
         AT THE ABOVE ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13
         YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS
         THEREOF.  ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE
         DEFENDANT AT THE ABOVE ADDRESS.

XX     3 SERVICE ON:  CORPORATION     COMPANY      BUSINESS      PARTNERSHIP
         BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES)
         WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE
         DEFENDANT.

(B)     GREGORY A. BEITEL, SHERIFF          _____  DEPUTY

        NAME OF DEFENDANT/WITNESS - SINGLEY CONSTRUCTION INC
          SEX              RACE              DOB

        PERSON SERVED FOR DEFENDANT/WITNESS  CARLA SINGLEY
        RELATIONSHIP TO DEFENDANT/WITNESS    OWNER
        ADDRESS SERVED
        TOWNSHIP SERVED
        THIS  15th  DAY OF    JULY    , 20 08    TIME  7:00 AM/PM

        ADDITIONAL REMARKS  _____

********************************************************************************
REASON NOT SERVED:         ATTEMPTED SERVICES           SHERIFFS FEES:
___ MOVED                   DATE        TIME             SERVICE    _____
___ WRONG ADDRESS          7/7/08      9:55 AM/PM
___ RETURNED BY ATTY                                     MILEAGE    _____
___ OTHER REASONS          7/8/08      6:10 AM/PM
                                                         RETURN     _____
                           7/14/08     5:00 AM/PM
                                                         ATTEMPT(S) _____
                           __/__/__    __:__ AM/PM
                                                         TOTAL      _____